# United States District Court

WESTERN DISTRICT OF WASHINGTON

MELCHESTER PHILLIPS JR

        v.

PATRICIA AIKEN, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5238RBL/JRC

\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

The motion to proceed in forma pauperis is DENIED. This action is DISMISSED WITHOUT PREJUDICE prior to service as plaintiff may not challenge his criminal sentence in a civil rights action.

| | |
|---|---|
| May 2, 2011 | BRUCE RIFKIN |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |